# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| EUGENE P. GESUALE, | : | No. 37 WAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JENNIFER L. GESUALE, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.